AO245B    Judgment in a Criminal Case for Revocation (Rev. 06/05)
      Sheet 1

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| JANIE D. LANTZ | |
| (Defendant's Name) | |

Criminal Number: 04CR60052-02

USM Number: 12437-035

Cecelia Bonin
_____
Defendant's Attorney

**THE DEFENDANT:**

[✓]    admitted guilt to violation of condition(s) MC3 of the term of supervision.

[ ]    was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| MC3 | The defendant shall not illegally possess a controlled substance. | 09/24/2007 |

      The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

      IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:    xxx/xx/7126 | October 25, 2007 |
| | Date of Imposition of Sentence |
| Defendant's Date of Birth:    xx/xx/1965 | |
| | _____ |
| Defendant's USM No.:    12437-035 | Signature of Judicial Officer |
| Defendant's Residence Address: | |
| Eunice, LA | TUCKER L. MELANÇON, United States District Judge |
| | Name & Title of Judicial Officer |
| Defendant's Mailing Address: | |
| | November 2,2007 |
| | Date |

AO245B   Judgement in a Criminal Case (Rev. 06/05)
        Sheet 2 — Imprisonment

Judgment - Page 2  of  2

DEFENDANT:      JANIE D. LANTZ
CASE NUMBER:    04CR60052-02

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

The Court requests defendant serve 365 days times 2.  The Court requests defendant is given credit for time served.

[✓]    The court makes the following recommendations to the Bureau of Prisons:

       The defendant is placed in a 500 hour drug program.

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
       [ ] at ___ [] a.m.    [] p.m.   on ___ .
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before 2 p.m. on ___ .
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

       Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL


                                                    By _____
                                                    DEPUTY UNITED STATES  MARSHAL